FILED
CLERK, U.S. DISTRICT COURT

APR 11 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHYLLIS LEWANDOSKI,

    Plaintiff,

v.

THE NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 to 25, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:18-cv-00879-SVW-E

[PROPOSED] ORDER ON STIPULATION TO REMAND REMOVED ACTION

Complaint Filed: October 13, 2017
Trial Date: July 10, 2018

**ORDER**

On April 9, 2018, Plaintiff PHYLLIS LEWANDOSKI and Defendant NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK (collectively referred to herein as the "Parties") filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

///

///

1. The Parties' Stipulation is approved;

2. Central District of California Case Number 2:18-cv-00879-SVW-E styled PHYLLIS LEWANDOSKI, Plaintiff, v. THE NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 to 25, inclusive, Defendants, is hereby remanded to Santa Barbara County Superior Court.

3. Each party to bear its own costs and attorneys' fees.

4. All pending Federal Court deadlines are vacated.

IT IS SO ORDERED.

DATED: _April 11_ , 2018 _____

Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER ON STIPULATION TO REMAND REMOVED ACTION